# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTUNA, et al.,<br>            Plaintiffs,<br>      vs.<br>COUNTY OF LOS ANGELES, et al.,<br>            Defendants. | **Case No. CV 14-5600-MWF (PLAx)**<br><br>**AMENDED JUDGMENT AFTER TRIAL** |

This action came on regularly for trial between November 11, 2015, and December 15, 2015, in Courtroom 1600 of this United States District Court. Plaintiffs were David Waters, Rocio Martinez, Kevin Hebert, Charles Antuna, Casey Dowling, Robert Wheat, Louis Duran, and Robert Tubbs.   Plaintiffs were represented by Bradley Gage and Milad Sadr of the Law Offices of Goldberg & Gage, as well as Stephen King of the Law Offices of Rodriguez & King. Defendants the County of Los Angeles and Leroy Baca were represented by attorneys George Peterson, Avi Burkwitz, and Sherry Gregorio of Peterson Bradford Burkwitz LLP.

A jury of eight persons was regularly empaneled and sworn.   Witnesses were sworn and testified.   After hearing the evidence and arguments of counsel,

the jury was duly instructed by the Court and the case was submitted to the jury. The jury deliberated and thereafter returned verdicts as follows:

**<u>First Amendment Retaliation Claim: Asserted by All Plaintiffs</u>**

On each Plaintiff's First Amendment retaliation claim, the jury returned a verdict in favor of each Plaintiff and against Defendant Leroy Baca, awarding each Plaintiff damages as follows:

1. Damages awarded Plaintiff David Waters:
   - Past and present non-economic damages:   $80,000
   - Future non-economic damages:   $3,000
   - Punitive damages:   $45,000
   - TOTAL:   $128,000

2. Damages awarded Plaintiff Rocio Martinez:
   - Past, present, and future medical damages:   $3,000
   - Punitive damages:   $45,000
   - TOTAL:   $48,000

3. Damages awarded Plaintiff Kevin Hebert:
   - Past and present non-economic damages:   $35,000
   - Future non-economic damages:   $3,000
   - Punitive damages:   $45,000
   - TOTAL:   $83,000

4. Damages awarded Plaintiff Charles Antuna:
   - Past and present non-economic damages:   $48,000
   - Future non-economic damages:   $3,000
   - Punitive damages:   $45,000
   - TOTAL:   $96,000

5. Damages awarded Plaintiff Casey Dowling:
   - Past and present non-economic damages:   $72,000
   - Future non-economic damages:   $3,000

    Punitive damages: $45,000

    TOTAL: $120,000

6. Damages awarded Plaintiff Robert Wheat:

    Past and present non-economic damages: $72,000

    Future non-economic damages: $3,000

    Punitive damages: $45,000

    TOTAL: $120,000

7. Damages awarded Plaintiff Louis Duran:

    Past and present non-economic damages: $72,000

    Future non-economic damages: $3,000

    Punitive damages: $45,000

    TOTAL: $120,000

8. Damages awarded Plaintiff Robert Tubbs:

    Past and present non-economic damages: $25,000

    Future non-economic damages: $3,000

    Punitive damages: $45,000

    TOTAL: $73,000

**Public Safety Officers Procedural Bill of Rights Act ("POBRA") Claims: Asserted by All Plaintiffs but Rocio Martinez**

  On Plaintiffs David Waters, Kevin Hebert, Charles Antuna, Casey Dowling, Robert Wheat, Louis Duran, and Robert Tubbs' POBRA claims, the jury returned a verdict in favor of Defendant County of Los Angeles.

**Fair Employment and Housing Act ("FEHA") Retaliation and Failure to Protect Claims: Asserted by Robert Tubbs**

  On Plaintiff Robert Tubbs' FEHA retaliation and failure to protect claims, the jury returned a verdict in favor of Defendant County of Los Angeles.

Separately, in an Order dated September 30, 2015, the Court dismissed each Plaintiff's First Amendment retaliation claim against Defendant John Scott on summary judgment. (Docket No. 135).

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure**, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1. *On the claims for First Amendment retaliation*: Judgment is entered in favor of Defendant John Scott, and each Plaintiff shall take nothing on his claim against Defendant John Scott by his Second Amended Complaint. Judgment is entered in favor of each Plaintiff and against Defendant Leroy Baca as follows, as well as costs and attorney's fees as provided by law:

    a. Damages awarded Plaintiff David Waters:  $128,000
    b. Damages awarded Plaintiff Rocio Martinez:  $48,000
    c. Damages awarded Plaintiff Kevin Hebert:  $83,000
    d. Damages awarded Plaintiff Charles Antuna:  $96,000
    e. Damages awarded Plaintiff Casey Dowling:  $120,000
    f. Damages awarded Plaintiff Robert Wheat:  $120,000
    g. Damages awarded Plaintiff Louis Duran:  $120,000
    h. Damages awarded Plaintiff Robert Tubbs:  $73,000

2. *On Plaintiffs David Waters, Kevin Hebert, Charles Antuna, Casey Dowling, Robert Wheat, Louis Duran, and Robert Tubbs's claim for POBRA violations*: Judgment is entered in favor of Defendant County of Los Angeles, and these Plaintiffs shall take nothing on these claims by their Second Amended Complaint.

3. *On Plaintiff Robert Tubbs' claims for FEHA retaliation and failure to protect*: Judgment is entered in favor of Defendant County of Los

Angeles, and Plaintiff Robert Tubbs shall take nothing on these claims by his Second Amended Complaint.

Dated: December 23, 2015

_____
MICHAEL W. FITZGERALD
United States District Judge