1

2

3

4

5

6

## UNITED STATES DISTRICT COURT

7

## CENTRAL DISTRICT OF CALIFORNIA

8

9

CHARLES ANTUNA, et al.,

**Case No. CV 14-5600-MWF (PLAx)**

10

        Plaintiffs,

11

    vs.

**THIRD AMENDED JUDGMENT AFTER TRIAL**

12

COUNTY OF LOS ANGELES, et al.,

13

        Defendants.

14

15

16    This action came on regularly for jury trial between November 11, 2015, and

17    December 15, 2015, in Courtroom 1600 of this United States District Court.

18    Plaintiffs were David Waters, Rocio Martinez, Kevin Hebert, Charles Antuna,

19    Casey Dowling, Robert Wheat, Louis Duran, and Robert Tubbs.   Plaintiffs were

20    represented by Bradley Gage and Milad Sadr of the Law Offices of Goldberg &

21    Gage, as well as Stephen King of the Law Offices of Rodriguez & King.

22    Defendants the County of Los Angeles and Leroy Baca were represented by

23    attorneys George Peterson, Avi Burkwitz, and Sherry Gregorio of Peterson

24    Bradford Burkwitz LLP.

25    The jury deliberated and thereafter returned verdicts as follows:

26    ///

27    ///

28    ///

**<u>First Amendment Retaliation Claim: Asserted by All Plaintiffs</u>**

On each Plaintiff's First Amendment retaliation claim, the jury returned a verdict in favor of each Plaintiff and against Defendant Leroy Baca, awarding each Plaintiff damages as follows:

1. Damages awarded Plaintiff David Waters:

    Past and present non-economic damages:   $80,000

    Future non-economic damages:   $3,000

    Punitive damages:   $45,000

    TOTAL:   $128,000

2. Damages awarded Plaintiff Rocio Martinez:

    Past, present, and future medical damages:   $3,000

    Punitive damages:   $45,000

    TOTAL:   $48,000

3. Damages awarded Plaintiff Kevin Hebert:

    Past and present non-economic damages:   $35,000

    Future non-economic damages:   $3,000

    Punitive damages:   $45,000

    TOTAL:   $83,000

4. Damages awarded Plaintiff Charles Antuna:

    Past and present non-economic damages:   $48,000

    Future non-economic damages:   $3,000

    Punitive damages:   $45,000

    TOTAL:   $96,000

5. Damages awarded Plaintiff Casey Dowling:

    Past and present non-economic damages:   $72,000

    Future non-economic damages:   $3,000

    Punitive damages:   $45,000

    TOTAL:   $120,000

1  6.  Damages awarded Plaintiff Robert Wheat:

2      Past and present non-economic damages:  $72,000

3      Future non-economic damages:  $3,000

4      Punitive damages:  $45,000

5      TOTAL:  $120,000

6  7.  Damages awarded Plaintiff Louis Duran:

7      Past and present non-economic damages:  $72,000

8      Future non-economic damages:  $3,000

9      Punitive damages:  $45,000

10     TOTAL:  $120,000

11 8.  Damages awarded Plaintiff Robert Tubbs:

12     Past and present non-economic damages:  $25,000

13     Future non-economic damages:  $3,000

14     Punitive damages:  $45,000

15     TOTAL:  $73,000

16 **Public Safety Officers Procedural Bill of Rights Act ("POBRA") Claims:**

17 **Asserted by All Plaintiffs but Rocio Martinez**

18     On Plaintiffs David Waters, Kevin Hebert, Charles Antuna, Casey Dowling,

19 Robert Wheat, Louis Duran, and Robert Tubbs' POBRA claims, the jury returned a

20 verdict in favor of Defendant County of Los Angeles.

21 **Fair Employment and Housing Act ("FEHA") Retaliation and Failure to**

22 **Protect Claims: Asserted by Robert Tubbs**

23     On Plaintiff Robert Tubbs' FEHA retaliation and failure to protect claims,

24 the jury returned a verdict in favor of Defendant County of Los Angeles.

25     Separately, in an Order dated September 30, 2015, the Court dismissed each

26 Plaintiff's First Amendment retaliation claim against Defendant John Scott on

27 summary judgment.   (Docket No. 135).

28 ///

1    On February 22, 2016, the Court granted Plaintiff Rocio Martinez's Motion

2 for New Trial on the issue of non-economic damages, which had been

3 inadvertently omitted from Plaintiff Rocio Martinez's special verdict form in the

4 previous jury trial.   (Docket No. 343).   The issue of non-economic damages for

5 Plaintiff Rocio Martinez's successful First Amendment retaliation claim against

6 Defendant Leroy Baca came on regularly for jury trial between June 7 and 9, 2016,

7 in Courtroom 1600 of this United States District Court.   Plaintiff Rocio Martinez

8 was represented by Bradley Gage and Milad Sadr of the Law Offices of Goldberg

9 & Gage.   Defendant Leroy Baca was represented by attorneys George Peterson,

10 Avi Burkwitz, and Sherry Gregorio of Peterson Bradford Burkwitz LLP.

11    The jury deliberated and thereafter returned a verdict as follows:

12 **Non-Economic Damages for Plaintiff Rocio Martinez's First Amendment**

13 **Retaliation Claim**

14    The jury returned a verdict in favor of Plaintiff Rocio Martinez and against

15 Defendant Leroy Baca, which the Court subsequently reduced by remittitur to an

16 award of non-economic damages for Plaintiff Rocio Martinez as follows:

17    Past and present non-economic damages:   $320,000

18    Future non-economic damages:   $0

19    TOTAL:   $320,000

20    Plaintiff Rocio Martinez accepted the remittitur in lieu of a new trial.

21 (Docket No. 431).

22    Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil

23 Procedure**, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that

24 final judgment in this action be entered as follows:

25    1.   *On the claims for First Amendment retaliation against Defendant Leroy*

26    *Baca*:   Judgment is entered in favor of each Plaintiff and against

27    Defendant Leroy Baca as follows, as well as costs and attorney's fees as

28    provided by law:

a.  Damages awarded Plaintiff David Waters:   $128,000

b.  Damages awarded Plaintiff Rocio Martinez:   $368,000

c.  Damages awarded Plaintiff Kevin Hebert:   $83,000

d.  Damages awarded Plaintiff Charles Antuna:   $96,000

e.  Damages awarded Plaintiff Casey Dowling:   $120,000

f.  Damages awarded Plaintiff Robert Wheat:   $120,000

g.  Damages awarded Plaintiff Louis Duran:   $120,000

h.  Damages awarded Plaintiff Robert Tubbs:   $73,000

2.  *On the claims for First Amendment retaliation against Defendant John Scott:*   Judgment is entered in favor of Defendant John Scott, and each Plaintiff shall take nothing on his or her claim against Defendant John Scott by his or her Second Amended Complaint.

3.  *On Plaintiffs David Waters, Kevin Hebert, Charles Antuna, Casey Dowling, Robert Wheat, Louis Duran, and Robert Tubbs's claim for POBRA violations*:   Judgment is entered in favor of Defendant County of Los Angeles, and these Plaintiffs shall take nothing on these claims by their Second Amended Complaint.

4.  *On Plaintiff Robert Tubbs' claims for FEHA retaliation and failure to protect*: Judgment is entered in favor of Defendant County of Los Angeles, and Plaintiff Robert Tubbs shall take nothing on these claims by his Second Amended Complaint.

Dated: September 2, 2016

_____
MICHAEL W. FITZGERALD
United States District Judge

JUDGMENT AFTER TRIAL