George E. Peterson, Esq., Bar No.: 054310
GPeterson@pbbllp.com
Avi Burkwitz, Esq., Bar No.: 217225
ABurkwitz@pbbllp.com
Natalie U. Luongo, Esq., Bar No.: 285288
NLuongo@pbbllp.com
**PETERSON · BRADFORD · BURKWITZ**
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

Attorneys for Defendants
COUNTY OF LOS ANGELES and SHERIFF LEROY BACA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTUNA, ROCIO MARTINEZ, DAVID WATERS, KEVIN HEBERT, ROBERT TUBBS, LOUIS DURAN, ROBERT WHEAT, CASEY DOWLING<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; SHERIFF LEROY BACA; and DOES 1-30, inclusive<br><br>Defendants. | Case No.: CV14-05600-MWF (PLAx)<br>Assigned to the Honorable:<br>Michael W. Fitzgerald - Courtroom 1600<br>Magistrate Judge: Paul L. Abrams<br><br>**DEFENDANTS COUNTY OF LOS ANGELES AND SHERIFF LEROY BACA'S REQUEST FOR RELEASE OF APPEAL BOND (DOCKET NO. 453)**<br><br>*[Filed Concurrently with [Proposed] Order]* |

**TO THE HONORABLE COURT AND ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:**

Defendants County of Los Angeles and Sheriff Leroy Baca hereby request that this Court release the Appeal Bond filed on December 22, 2016, Bond No. 1036157, in the amount of $1,139,685.11, plus any accrued interest, to the County of Los Angeles as Principal and The Hanover Insurance Company, as Surety. (See, attached Exhibit A, a true and correct copy of the Appeal Bond, Civil Docket No. 453).

Release of the Appeal Bond is appropriate at this time because Defendants'

1

**DEFENDANTS COUNTY OF LOS ANGELES AND SHERIFF LEROY BACA'S REQUEST FOR RELEASE OF APPEAL BOND (DOCKET NO. 453)
CASE NO. CV14-05600-MWF (PLAx)**

n:\files\1455-antuna (cola)\p-request for release of bond.docx

appeal before the United States Court of Appeals for the Ninth Circuit has been dismissed as of October 12, 2017.  (See, attached <u>Exhibit B</u>, a true and correct copy of the Ninth Circuit Court's Order Dismissing the Appeal).

DATED: March 8, 2018                **PETERSON · BRADFORD · BURKWITZ**

By:  /s/ Natalie U. Luongo
George E. Peterson, Esq.
Avi Burkwitz, Esq.
Natalie U. Luongo, Esq.
Attorneys for Defendants,
COUNTY OF LOS ANGELES and
SHERIFF LEROY BACA

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

2

**DEFENDANTS COUNTY OF LOS ANGELES AND SHERIFF LEROY BACA'S REQUEST FOR RELEASE OF APPEAL BOND (DOCKET NO. 453)
CASE NO. CV14-05600-MWF (PLAx)**

n:\files\1455-antuna (cola)\p-request for release of bond.docx

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On March 8, 2018, I served the foregoing document described as:
**DEFENDANTS COUNTY OF LOS ANGELES AND SHERIFF LEROY BACA'S REQUEST FOR RELEASE OF APPEAL BOND (DOCKET NO. 453)**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED MAILING LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY MAIL:** I deposited such envelope in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 8, 2018, at Burbank, California.

/s/ Tyler DeVito
Tyler DeVito

3

**DEFENDANTS COUNTY OF LOS ANGELES AND SHERIFF LEROY BACA'S REQUEST FOR RELEASE OF APPEAL BOND (DOCKET NO. 453)**
**CASE NO. CV14-05600-MWF (PLAx)**

n:\files\1455-antuna (cola)\p-request for release of bond.docx

# SERVICE LIST

**RE:** <u>**Antuna, Charles v. County of Los Angeles**</u>

**Case No.:** CV14-05600-MWF (PLAX)

Terry M. Goldberg, Esq.
Bradley C. Gage, Esq.
Milad Sadr, Esq.
**Law Offices of Goldberg & Gage**
A Partnership of Professional Corporation
23002 Victory Blvd.
Woodland Hills, CA 91367
T: (818) 340-9252
F: (818) 340-9088

Stephen A. King, Esq.
Rodriguez & King
9701 Wilshire Boulevard, Tenth Floor
17 Beverly Hills, California 90212
T: (310)598-3866
Email: sking@rodriguezking.com

**Attorneys for Plaintiffs,
Charles Antuna, Rocio Martinez,
David Waters, Kevin Hebert, Robert
Tubbs, Louis Duran, Robert Wheat,
Casey Dowling**

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

4

**DEFENDANTS COUNTY OF LOS ANGELES AND SHERIFF LEROY BACA'S REQUEST FOR RELEASE OF APPEAL BOND (DOCKET NO. 453)
CASE NO. CV14-05600-MWF (PLAx)**

n:\files\1455-antuna (cola)\p-request for release of bond.docx