**EXHIBIT A**

Case 2:14-cv-05600-MWF-PLA Document 453 Filed 12/22/16 Page 1 of 49 Page ID #:16094

BOND NO. 1036157

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA



CHARLES ANTUNA, ROCIO MARTINEZ,

DAVID WATERS, KEVIN HEBERT,

ROBERT TUBBS, LOUIS DURAN,

ROBERT WHEAT, CASEY DOWLING

    Plaintiff(s),

vs.                   CASE No. CV-14-056000-MWF (PLAx)

COUNTY OF LOS ANGELES; SHERIFF

LEROY BACA

    Defendant(s).

_____/

## APPEAL BOND

We, County of Los Angeles, as Principal, and The Hanover Insurance Company, as Surety, are held and firmly bound unto the Plaintiffs, and its successors and assigns, in the aggregate principal sum of $1,139,685.11, for the payment of which we bind ourselves, our heirs, personal representatives, successors, and assigns, jointly and severally.

    Whereas, the above-named Principal has filed or is about to file an appeal to review the decision entered in the above case.



NOW, THEREFORE, the condition of this obligation is such that if the Principal shall diligently prosecute its appeal to a decision, and shall promptly perform and satisfy the judgment, then this obligation will be void; otherwise to remain in full force and effect. In no event shall the penal sum of this bond exceed the sum of $1,139,685.11.

Signed on this 9th day of December, 2016.

**PRINCIPAL:**

County of Los Angeles

Name: *[signature]*
Title: Assistant CEO

**SURETY:**

The Hanover Insurance Company

Name: *[signature]*
Title: Derek J. Elston, Attorney-in-Fact

2

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Illinois

County of _____COOK_____

On _December 9th, 2016_ before me, _____Bartlomiej Siepierski_____, Notary Public, personally appeared _____Derek J. Elston_____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
Signature of Notary Public

OFFICIAL SEAL
BARTLOMIEJ SIEPIERSKI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 09/16/2019

**THE HANOVER INSURANCE COMPANY**
**MASSACHUSETTS BAY INSURANCE COMPANY**
**CITIZENS INSURANCE COMPANY OF AMERICA**

*POWER OF ATTORNEY*

KNOW ALL MEN BY THESE PRESENTS: That THE HANOVER INSURANCE COMPANY and MASSACHUSETTS BAY INSURANCE COMPANY, both being corporations organized and existing under the laws of the State of New Hampshire, and CITIZENS INSURANCE COMPANY OF AMERICA, a corporation organized and existing under the laws of the State of Michigan, do hereby constitute and appoint **Susan A Welsh, Christopher P Troha, Sandra M Winsted, Marcia K Cesafsky, Linda M Napolillo, Michelle D Krebs, Sandra M Nowak, Jeannette M Davis, Salena Wood, Christina L. Sandoval, Derek J. Elston, Judith A. Lucky-Eftimov and/or Jennifer Williams**

of **Chicago, IL** and each is a true and lawful Attorney(s)-in-fact to sign, execute, seal, acknowledge and deliver for, and on its behalf, and as its act and deed any place within the United States, or, if the following line be filled in, only within the area therein designated any and all bonds, recognizances, undertakings, contracts of indemnity or other writings obligatory in the nature thereof, as follows:

**Any such obligations in the United States, not to exceed Twenty Five Million and NO/100 ($25,000,000) in any single instance** WHEREAS, the Board of Directors of the Company duly adopted a resolution on March 24, 2014 authorizing and empowering certain officers of the Company to appoint attorneys-in-fact of the Company to execute on the Company's behalf certain surety obligations and other writings and obligations related thereto (the "Original Surety Resolution");

WHEREAS, the Company's Board of Directors wishes to affirm the continued authority of all of the attorneys-in-fact that were issued pursuant to the Original Surety Resolution prior to the date hereof and that remain issued and outstanding; and

WHEREAS, the Company's Board of Directors wishes to restate the Original Resolution and adopt certain related resolutions.

This Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the Hanover Insurance Company, Massachusetts Bay Insurance Company ad Citizens Insurance Company of America.

NOW THEREFORE, be it hereby:

RESOLVED: That the authority of all attorneys-in-fact of the Company validly issued pursuant to the Original Surety Resolution prior to the date hereof and that remain issued and outstanding as of the date hereof are hereby ratified, confirmed and approved in all respects.

RESOLVED: That the President or any Vice President, in conjunction with any Vice President, be and they hereby are authorized and empowered to appoint Attorneys-in-fact of the Company, in its name and as it acts, to execute and acknowledge for and on its behalf as surety, any and all bonds, recognizances, contracts of indemnity, waivers of citation and all other writings obligatory in the nature thereof, with power to attach thereto the seal of the Company. Any such writings so executed by such Attorneys-in-fact shall be binding upon the Company as if they had been duly executed and acknowledged by the regularly elected officers of the Company in their own proper persons.

RESOLVED: That all such surety Attorneys-in-facts issued by the Company from and including the date hereof shall be authorized pursuant to the foregoing resolution (the "Surety Resolution").

RESOLVED: That the President or any Vice President of the Company, in conjunction with any Vice President, be and hereby are authorized and empowered to establish, and from time to time review and amend, written security measures, protocols and safeguards for all Attorneys-in-fact issued by the Company pursuant to the Surety Resolution, including without limitation, security features on the actual certificates issued by the Company and evidencing such Attorneys-in-fact.

IN WITNESS WHEREOF, THE HANOVER INSURANCE COMPANY, MASSACHUSETTS BAY INSURANCE COMPANY and CITIZENS INSURANCE COMPANY OF AMERICA have caused these presents to be sealed with their respective corporate seals, duly attested by two Vice Presidents, this **15th** day of **May 2015**.

THE HANOVER INSURANCE COMPANY
MASSACHUSETTS BAY INSURANCE COMPANY
CITIZENS INSURANCE COMPANY OF AMERICA

Robert Thomas, Vice President

THE HANOVER INSURANCE COMPANY
MASSACHUSETTS BAY INSURANCE COMPANY
CITIZENS INSURANCE COMPANY OF AMERICA

J. Michael Pete, Vice President

THE COMMONWEALTH OF MASSACHUSETTS )
COUNTY OF WORCESTER                ) ss.

On this **15th** day of **May 2015** before me came the above named Vice Presidents of The Hanover Insurance Company, Massachusetts Bay Insurance Company and Citizens Insurance Company of America, to me personally known to be the individuals and officers described herein, and acknowledged that the seals affixed to the preceding instrument are the corporate seals of The Hanover Insurance Company, Massachusetts Bay Insurance Company and Citizens Insurance Company of America, respectively, and that the said corporate seals and their signatures as officers were duly affixed and subscribed to said instrument by the authority and direction of said Corporations.

DIANE J. MARINO
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
March 4, 2022

Diane J. Marino, Notary Public
My Commission Expires March 4, 2022

I, the undersigned Vice President of The Hanover Insurance Company, Massachusetts Bay Insurance Company and Citizens Insurance Company of America, hereby certify that the above and foregoing is a full, true and correct copy of the Original Power of Attorney issued by said Companies, and do hereby further certify that the said Powers of Attorney are still in force and effect.

GIVEN under my hand and the seals of said Companies, at Worcester, Massachusetts, this **9th** day of **December** 20**16**.

**CERTIFIED COPY**

Theodore G. Martinez, Vice President