**EXHIBIT B**

FILED

OCT 12 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHARLES ANTUNA; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> LEROY D. BACA, Sheriff, <br><br> Defendant-Appellant. | No. 16-56447 <br><br> D.C. No. 2:14-cv-05600-MWF-PLA <br> Central District of California, Los Angeles |

Pursuant to the stipulation of the parties (Docket Entry No. 16), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b).

The parties agree to bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Peter W. Sherwood
Circuit Mediator

PWS/Mediation