George E. Peterson, Esq., Bar No.: 054310
GPeterson@pbbllp.com
Avi Burkwitz, Esq., Bar No.: 217225
ABurkwitz@pbbllp.com
Natalie U. Luongo, Esq., Bar No.: 285288
NLuongo@pbbllp.com
**PETERSON · BRADFORD · BURKWITZ**
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

Attorneys for Defendants
COUNTY OF LOS ANGELES and SHERIFF LEROY BACA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTUNA, ROCIO MARTINEZ, DAVID WATERS, KEVIN HEBERT, ROBERT TUBBS, LOUIS DURAN, ROBERT WHEAT, CASEY DOWLING<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; SHERIFF LEROY BACA; and DOES 1-30, inclusive<br><br>Defendants. | Case No.: CV14-05600-MWF (PLAx)<br>Assigned to the Honorable:<br>Michael W. Fitzgerald - Courtroom 1600<br>Magistrate Judge: Paul L. Abrams<br><br>**ORDER, RE: DEFENDANTS COUNTY OF LOS ANGELES AND SHERIFF LEROY BACA'S REQUEST FOR RELEASE OF APPEAL BOND (DOCKET NO. 453)** |

**TO ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:**

Pursuant to the Request of Defendants County of Los Angeles and Sheriff Leroy Baca, that the Appeal Bond filed on December 22, 2016, Bond No. 1036157, in the amount of $1,139,685.11, plus any accrued interest (Docket No. 453), be released to the County of Los Angeles as Principal and The Hanover Insurance Company, as Surety, on the grounds that Defendants' appeal before the United States Court of Appeals for the Ninth Circuit has been dismissed as of October 12,

2017,

**IT IS HEREBY ORDERED** that the Appeal Bond filed on December 22, 2016, Bond No. 1036157, in the amount of $1,139,685.11, plus any accrued interest, is released to the County of Los Angeles as Principal and The Hanover Insurance Company, as Surety.

**IT IS SO ORDERED.**

DATE: March 12, 2018

HON. MICHAEL W. FITZGERALD

cc: Fiscal

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

2

**ORDER, RE: DEFENDANTS' REQUEST FOR RELEASE OF APPEAL BOND (DOCKET NO. 453)**
**CASE NO. CV14-05600-MWF (PLAx)**

c:\users\rsanchez\appdata\local\temp\notesc7a056\p-proposed order, re release of bond.docx